IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Jacob A. Yaun, Charles Belk, Individually and as natural father of K.B., a minor under the age of eighteen years, and K.B., | ) ) ) ) ) | C/A No.: 1:11-1592-TLW-SVH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Donegal Insurance Group, Nationwide Insurance Company, Progressive Insurance Company, | ) ) ) ) | |
| Defendants. | ) ) | |
| Bobby Wayne Clemons, Jr., Individually and as natural father of B.C., a minor, Charles Belk, Individually and as natural father of K.B., a minor, | ) ) ) ) ) | C/A No.: 1:11-1798-TLW-SVH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Southern Insurance Company of Virginia, Progressive Max Insurance Company, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the court on the motion of Defendants Donegal Insurance Group and Southern Insurance Company of Virginia ("Donegal/Southern") to compel responses to their First Set of Interrogatories and First Set of Requests for Production to

Plaintiffs dated October 25, 2011. [Entry #27]. The certificates of service attached to the discovery indicates the requests were duly served on October 25, 2011. [Entry #27-1 at 10–11, 17–18].

Donegal/Southern granted extensions to Plaintiffs until December 24, 2011. [Entry #27-2]. Additionally, counsel for Donegal/Southern informed counsel for Plaintiffs via email on December 28, 2011, that a motion to compel would be filed if discovery responses were not received within seven days. [Entry #27-2]. According to Donegal/Southern's motion to compel, Plaintiffs have yet to serve responses to the discovery.

In light of the foregoing, the court grants the motion to compel [Entry #27]. Responses to the discovery requests are due by January 26, 2012.

IT IS SO ORDERED.

January 12, 2012                           Shiva V. Hodges
Columbia, South Carolina                   United States Magistrate Judge